UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS' TRUST et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MARIN BROS., INC., an Illinois corporation; ABEL MARIN, an individual; JENNIFER GARCIA, an individual; and DOES & ROES I–X,<br><br>Defendants. | CASE NO. 2:23-cv-00483-TL<br><br>ORDER ON STIPULATED MOTION TO EXTEND DEADLINES |

This matter is before the Court on the Parties' Stipulated Motion to Extend Deadlines. Dkt. No. 23. The Parties requested a three-month extension of the trial date and all pretrial deadlines "due to matters uncovered as a result of the discovery conducted thus far, the need for the Plaintiffs to conduct a payroll compliance review of the records, and remaining discovery to be completed." *Id.* at 2. The Court finds good cause to extend the schedule and will adopt the Parties' proposed schedule, except for a small adjustment to the pretrial conference date.

ORDER ON STIPULATED MOTION
TO EXTEND DEADLINES - 1

Accordingly, the remaining trial schedule is RESET as follows:

| Event | Date |
|---|---|
| BENCH TRIAL SET FOR 9:00 A.M. ON | **11/4/2024** |
| Length of trial | 1-2 days |
| Disclosure of expert testimony under FRCP 26(a)(2) due | 4/8/2024 |
| Disclosure of rebuttal expert testimony under FRCP 26(a)(2) due | 5/8/2024 |
| All motions related to discovery must be filed by | 5/8/2024 |
| Discovery completed by | 6/7/2024 |
| All dispositive motions and motions challenging expert witness testimony must be filed by this date (*see* LCR 7(d)) | 7/5/2024 |
| Settlement Conference, if mediation has been requested by the parties per LCR 39.1, held no later than | 8/6/2024 |
| Mediation per LCR 39.1, if requested by the parties, held no later than | 9/5/2024 |
| All motions *in limine* must be filed by | 9/30/2024 |
| Agreed LCR 16.1 Pretrial Order due | 10/14/2024 |
| Trial briefs and preliminary proposed findings of fact and conclusions of law due by this date. Counsel are to confer and indicate with their submissions which exhibits are agreed to. | 10/18/2024 |
| Pretrial Conference scheduled for 1:00 p.m. on | 10/28/2024 |

Dated this 5th day of February 2024.

Tana Lin
United States District Judge