UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS' TRUST et al., <br><br> Plaintiffs, <br> v. <br><br> MARIN BROS., INC., an Illinois corporation; ABEL MARIN, an individual; JENNIFER GARCIA, an individual; and DOES & ROES I–X, <br><br> Defendants. | CASE NO. 2:23-cv-00483-TL <br><br> ORDER ON STIPULATED MOTION FOR JUDICIAL SETTLEMENT CONFERENCE AND FOR STAY |

This matter is before the Court on the Parties' Stipulated Motion for Judicial Settlement Conference and to Stay Discovery and Case Deadlines. Dkt. No. 36. Having reviewed the relevant record, the Court GRANTS the motion. It is hereby ORDERED:

(1) This matter is REFERRED to United States Magistrate Judge Michelle L. Peterson for the purpose of conducting a settlement conference.

(2) All discovery and case deadlines are STAYED pending entry of an Order that the settlement conference has concluded without settlement being reached.

    a. Within **fourteen (14) days** of such Order, the Parties SHALL meet and confer and file a joint status report and plan for completing remaining discovery.

Dated this 23rd day of December 2024.

                                              Tana Lin
                                              United States District Judge